*E-FILED 03-19-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PEDRO G. BAGUNAS, JR., | No. C10-00706 HRL |
|---|---|
| Plaintiff, | **ORDER RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WALMART STORES, INC. and JOSHUA BRAVO, | |
| Defendants. | |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than March 25, 2010**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   March 19, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-00706-HRL Notice has been electronically mailed to:

Gregory Louis Spallas    gspallas@psalaw.net, jpliner@psalaw.net, ssutaria@psalaw.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-00706-HRL Notice mailed to:

Pedro G. Bagunas, Jr
120 Dixon Landing Rd. #79
Milpitas, CA 95035

    Pro Se Plaintiff