UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEDRO G. BAGUNAS,<br><br>    Plaintiff in Propia Persona,<br><br>  v.<br><br>WALMART STORES, INC., et al.,<br><br>    Defendant. | Case No. 10-0706 JW<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM AND APPOINTING SPECIAL SETTLEMENT CONFERENCE COUNSEL** |

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1.   That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

Case No. 10-0706 JW
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM AND APPOINTING SPECIAL SETTLEMENT CONFERENCE COUNSEL

      2.      Robert Mezzetti
Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112
Phone: 408-279-8400
Fax: 408-279-8448
rob@mezzettilaw.com

is appointed Settlement Counsel.  This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program.  This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

      Settlement Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities.  The court shall then issue an order relieving the Settlement Counsel from his or her limited representation of the unrepresented party, and;

      3.      The Settlement Conference shall take place no later than **November 12, 2010.**

Dated: ___August 11, 2010____

                                                James Ware
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRO G. BAGUNAS, JR.,

        Plaintiff,

  v.

WALMART STORES, INC., ET AL.

        Defendant.

Case Number: CV10-00706 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro G. Bagunas
120 Dixon Landing Rd. #79
Milpitas, CA 95035

Dated: August 11, 2010

                                Richard W. Wieking, Clerk
                                /s/ By: Elizabeth Garcia, Deputy Clerk

Case No. 10-0706 JW
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM AND APPOINTING SPECIAL SETTLEMENT CONFERENCE COUNSEL