1  **Pedro G. Bagunas, Jr.**
   120 Dixon Landing Road #79
2  Milpitas, CA 95035
   Tel: (408) 394-0332
3
   *Plaintiff In Pro Per*
4
   **Gregory L. Spallas, SBN 129306**
5  **Anna C. Gehriger, SBN 248484**
   PHILLIPS, SPALLAS & ANGSTADT LLP
6  Three Embarcadero, Suite 550
   San Francisco, California 94111
7  Tel:   (415) 278-9400
   Fax:   (415) 278-9411
8  gspallas@psalaw.net
   agehriger@psalaw.net
9
   Attorneys for Defendant
10 WAL-MART STORES, INC.

**IT IS SO ORDERED**
*Judge James Ware*
12/10/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO G. BAGUNAS, JR. | Case No. 5:10-CV-10-00706 JW |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |
| v. | |
| WAL-MART STORES, INC; JOSHUA BRAVO | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own fees and costs.

//

//

//

//

//

| | |
|---|---|
| Dated: November ____, 2010 | Dated: November ____, 2010 |
| /s/ Pedro G. Bagunas, Jr. | /s/ Gregory L. Spallas |
| Pedro G. Bagunas, Jr. | Gregory L. Spallas |
| Plaintiff *In Propria Persona* | Anna C. Gehriger |
| (original signature retained by attorney Gregory Spallas) | PHILLIPS, SPALLAS & ANGSTADT LLP Attorney for Defendant Wal-Mart Stores, Inc. |

**ORDER**

PER THE PARTIES' JOINT STIPULATION, IT IS SO ORDERED:

The Clerk shall close this file.

Dated: December 10, 2010

_____
United States District Judge

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)
*U.S.D.C. – Northern District of California,* Case No. CV 10-00706 JW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRO G. BAGUNAS, JR.,

        Plaintiff,

  v.

WALMART STORES, INC., ET AL. et al,

        Defendant.
                                     /

Case Number: CV10-00706 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro G. Bagunas
120 Dixon Landing Rd. #79
Milpitas, CA 95035

Dated: December 10, 2010

                                            Richard W. Wieking, Clerk
                                           /s/ By: Elizabeth Garcia, Deputy Clerk